AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

─── OFFENSE CHARGED ───

See attached

SEALED BY ORDER OF THE COURT

☐ Petty
☐ Minor
☐ Misde- meanor
☒ Felony

PENALTY:  See attached

─── Name of District Court, and/or Judge/Magistrate Location ───

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

─── DEFENDANT - U.S ───

▶ Ricky Ponce

DISTRICT COURT NUMBER

CR 25 0265 SI AMO

─── PROCEEDING ───

Name of Complaintant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☒ person is awaiting trial in another Federal or State Court, give name of court

Sonoma County Superior Court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form     Craig H. Missakian

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)     Jared S. Buszin

─── DEFENDANT ───

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

FILED

AUG 28 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction  } ☐ Federal ☐ State

6) ☒ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution
Sonoma County Jail

Has detainer been filed?  ☐ Yes  ☒ No  } If "Yes" give date filed

DATE OF ARREST ▶     Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶     Month/Day/Year

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

Comments:

Bail Amount: No Bail

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:     Before Judge:

## Penalty Sheet Addendum

*Counts One and Four:  18 U.S.C. § 922(g)(1) – Felon in Possession of Firearm and Ammunition*

- Imprisonment:  15 years
- Fine:  $250,000
- Supervised Release:  3 years
- Special Assessment:  $100 per count
- Forfeiture

*Count Two and Six:  21 U.S.C. § 841(a)(1), (b)(1)(B)(vi) – Possession with Intent to Distribute and Distribution of 40 Grams and More of a Mixture/Substance Containing Fentanyl*

- Imprisonment:  40 years, 5 years minimum
- Fine:  $5,000,000
- Supervised Release:  Life; 4 years minimum
- Special Assessment:  $100 per count
- Forfeiture
- Mandatory and discretionary denial of federal benefits upon conviction of drug offenses, 21 U.S.C. § 862 and § 862a

*Count Three:  18 U.S.C. § 924(c)(1)(B) – Using, Carrying, and Possessing a Semiautomatic Assault Weapon in Connection with and in Furtherance of a Drug Trafficking Crime*

- Mandatory consecutive 10-year term of imprisonment

*Count Five:  18 U.S.C. § 933(a)(1) – Firearms Trafficking*

- Imprisonment:  15 years
- Fine:  $250,000 or twice the gross profits/proceeds of the offense
- Supervised Release:  3 years
- Special Assessment:  $100
- Forfeiture

# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

### VENUE: SAN FRANCISCO

SEALED BY ORDER OF THE COURT

CR 25 0265

UNITED STATES OF AMERICA,

V.

RICKY PONCE

~~AMO~~

SI

DEFENDANT.

# INDICTMENT

18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition;
21 U.S.C. § 841(a)(1) and (b)(1)(B)(vi) – Possession with Intent to Distribute and Distribution of 40 Grams and More of a Mixture or Substance Containing Fentanyl;
18 U.S.C. § 924(c)(1) – Using, Carrying, or Possessing a Firearm in Connection with a Drug Trafficking Crime;
18 U.S.C. § 933(a)(1) – Firearms Trafficking;
18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) – Forfeiture Allegation

A true bill.

/s/ Foreperson of the Grand Jury

_____
Foreman

Filed in open court this 28th day of

August, 2025 .

_____ 8/28/25
Clerk

8/28/25 Bail, $ No bail warrant
Hon. Donna M. Ryu, Chief Magistrate Judge

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

FILED

AUG 28 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

SEALED BY ORDER
OF THE COURT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICKY PONCE,

    Defendant.

CASE NO. **CR 25 0265 SI**

VIOLATIONS:
18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition;
21 U.S.C. § 841(a)(1) and (b)(1)(B)(vi) – Possession with Intent to Distribute and Distribution of 40 Grams and More of a Mixture or Substance Containing Fentanyl;
18 U.S.C. § 924(c)(1) – Using, Carrying, or Possessing a Firearm in Connection with a Drug Trafficking Crime;
18 U.S.C. § 933(a)(1) – Firearms Trafficking;
18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) – Forfeiture Allegation

SAN FRANCISCO VENUE

INDICTMENT

The Grand Jury charges:

COUNT ONE:        (18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm)

On or about December 6, 2024, in the Northern District of California, the defendant,

RICKY PONCE,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, namely, one black and tan Sharps AR-15 rifle, bearing serial

INDICTMENT

number 0002678, and the firearm was in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Section 922(g)(1).

COUNT TWO:        (21 U.S.C. § 841(a)(1) and (b)(1)(B)(vi) – Possess with Intent to Distribute and Distribution of 40 Grams and More of a Mixture or Substance Containing Fentanyl)

On or about February 25, 2025, in the Northern District of California, the defendant,

RICKY PONCE,

did knowingly and intentionally distribute and possess with intent to distribute 40 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl ] propanamide, also known as fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and (b)(1)(B)(vi).

COUNT THREE:        (18 U.S.C. § 924(c)(1) – Using, Carrying, or Possessing a Firearm in Connection with and in Furtherance of a Drug Trafficking Crime)

On or about February 25, 2025, in the Northern District of California, the defendant,

RICKY PONCE,

did knowingly carry and use a semiautomatic assault weapon, that is, one fully assembled and unserialized AR-style rifle with a 17.5" barrel and two disassembled and unserialized AR-style rifles with 19" barrels, during and in relation to the drug trafficking crime charged in Count Two of this Indictment, and did knowingly possess said firearms in furtherance of the drug trafficking crime charged in Count Two of this Indictment, all in violation of Title 18, United States Code, Section 924(c)(1)(B).

COUNT FOUR:        (18 U.S.C. § 922(g)(1) – Felon in Possession of Ammunition)

On or about February 25, 2025, in the Northern District of California, the defendant,

RICKY PONCE,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed ammunition, namely, ten boxes of .556 Winchester rifle ammunition, and five boxes of .223 Federal rifle ammunition, and the ammunition was in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Section 922(g)(1).

//

INDICTMENT                                              2

COUNT FIVE:        (18 U.S.C. § 933(a)(1) – Firearms Trafficking)

On or about February 25, 2025, in the Northern District of California, the defendant,

RICKY PONCE,

transported, transferred, caused to be transported, and otherwise disposed of a firearm, namely, one fully assembled and unserialized AR-style rifle with a 17.5" barrel and two disassembled and unserialized AR-style rifles with 19" barrels, to another person in and otherwise affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of the firearms by the recipient would constitute a felony, all in violation of 18 U.S.C. § 933(a)(1)

COUNT SIX:        (21 U.S.C. § 841(a)(1) and (b)(1)(B)(vi) – Possess with Intent to Distribute and Distribution of 40 Grams and More of a Mixture or Substance Containing Fentanyl)

On or about April 15, 2025, in the Northern District of California, the defendant,

RICKY PONCE,

did knowingly and intentionally distribute and possess with intent to distribute 40 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl ] propanamide, also known as fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and (b)(1)(B)(vi).

FORFEITURE ALLEGATION:        (18 U.S.C. §§ 924, 934 and 21 U.S.C. § 853)

The allegations contained above are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Sections 924 and 934, Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461.

Upon conviction of any of the offenses alleged in the counts above, the defendant,

RICKY PONCE,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), Title 18, United States Code, Section 934(a), Title 21, United States Code, Section 853(a), and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the violation; all right, title, and interest in any property constituting or derived from any proceeds defendant obtained, directly or indirectly, as a result of such violation; and any property used, or intended to be used, in any

INDICTMENT                                  3

manner or part, to commit or to facilitate the commission of such violation., and also including to a forfeiture money judgment.

If any of the property described above, as a result of any act or omission of the defendant:

a.  cannot be located upon exercise of due diligence;

b.  has been transferred or sold to, or deposited with, a third party;

c.  has been placed beyond the jurisdiction of the court;

d.  has been substantially diminished in value; or

e.  has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 924(d), Title 18, United States Code, Section 934(a), Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

DATED:  August 28, 2025                                    A TRUE BILL.

_/s/ Foreperson_
FOREPERSON

CRAIG H. MISSAKIAN
United States Attorney


_/S/_
JARED S. BUSZIN
Assistant United States Attorney

INDICTMENT                                    4